IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THOMAS LEE GARVIN, )
)
v. ) 3:10-0498
)
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

**O R D E R**

     Before the Court is the Report and Recommendation of Magistrate Judge Griffin, Document #28, and the objection of Plaintiff thereto, Document #29. No response to the objection has been filed.

     Magistrate Judge Griffin's Report and Recommendation finds that the objective medical evidence, the medical reports of the Plaintiff's treating and examining sources and the Plaintiff's activities of daily living demonstrate that his physical impairments cause him a certain amount of pain, but the same record of medical evidence does not support the Plaintiff's subjective complaints that his pain is disabling. The record fully supports this finding.

     For the reasons set forth in the Report and Recommendation, the Court finds the decision of the Administrative Law Judge to be supported by substantial evidence. The objection is overruled, and the decision of the Administrative Law Judge is affirmed.

     Plaintiff's Motion for Judgment on the Record, Document #11, is **DENIED**, and this case is **DISMISSED**.

     It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge